JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088
Attorneys for Defendant
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,*
*Erroneously named as ALLSTATE INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADONIS REYES ALEAGA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; DOES I-V; ROES VI-X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-02985-RFB-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ADONIS REYES ALEAGA, and Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *erroneously named as* ALLSTATE INSURANCE COMPANY, by and through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear its own fees and costs.

///

///

///

///

///

///

Pyatt Silvestri
701 Bridger Ave
Suite 600
as Vegas, NV 89101
(702) 383-6000

No trial date has been set in this matter.

DATED this _____ day of January, 2018.

| DE CASTROVERDE LAW GROUP | PYATT SILVESTRI |
|---|---|
| _____ 17509 | _____ |
| KIMBERLY VALENTIN, ESQ. | JAMES P. C. SILVESTRI, ESQ. |
| 1149 S. Maryland Parkway | Nevada Bar No. 3603 |
| Las Vegas, NV 89104 | 701 Bridger Avenue, Ste. 600 |
| Attorney for Plaintiff, | Las Vegas, NV 89101 |
| *ADONIS REYES ALEAGA* | Attorney for Defendant, |
| | *ALLSTATE FIRE AND CASUALTY* |
| | *INSURANCE COMPANY, erroneously named as* |
| | *ALLSTATE INSURANCE COMPANY* |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own costs.

DATED this 29th day of __January__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Ste. 600
Las Vegas, NV 89101
Attorney for Defendant,
*ALLSTATE FIRE AND CASUALTY*
*INSURANCE COMPANY, erroneously named as*
*ALLSTATE INSURANCE COMPANY*

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 2 of 2